1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

9    LYNN TRAVERS,                                    )
                                                      )
10                      Plaintiff,                    )        Case No.  2:17-cv-01591-JCM-CWH
                                                      )
11   vs.                                              )        **ORDER**
                                                      )
     EXPERIAN INFORMATION SOLUTIONS, INC., )
12   et al.,                                          )
                                                      )
13                      Defendants.                   )
     _____ )

14

15        Having read and considered the parties' competing proposals regarding special scheduling

16   review (ECF No. 19), and good cause appearing, the court will adopt a bifurcated discovery plan in

17   this matter.  By November 3, 2017, the parties must file a proposed bifurcated discovery plan and

18   scheduling order that includes dates certain for all deadlines related to Plaintiff's individual claims.

19   With respect to class discovery, the parties should agree on a deadline for preparing a proposed

20   discovery schedule covering class discovery, if class discovery is necessary.

21        IT IS SO ORDERED.

22

23        DATED: October 18, 2017

24

25   _____
     **C.W. Hoffman, Jr.**
26   **United States Magistrate Judge**

27

28